```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF INDIANA
                      HAMMOND DIVISION
```

ZAYDA RAZON, *et al.*,        )
                              )
         Plaintiffs,          )
                              )   Cause No. 2:16-CV-441
      vs.                     )
                              )
DAKSHA VYAS, M.D.,            )
                              )
         Defendant.           )

## ORDER

This matter is before the Court on the Findings, Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), dated August 17, 2017 (DE #42), which recommends that this Court grant the Joint Motion to Approve Settlement Agreement, filed by the parties on June 9, 2017 (DE #34), approve the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with the law, and order the parties to carry out the terms of the settlement agreement promptly and in good faith. (DE #42.)

More than 14 days have passed and no party has filed any objection to the Report and Recommendation.  Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).  Therefore, the parties have waived their right to challenge the report and recommendations.

Therefore, the Court hereby **ADOPTS** the Report and Recommendation (DE #42). Accordingly, the Joint Motion to Approve Settlement Agreement, filed by the parties on June 9, 2017 (DE #34), is **GRANTED**, the terms of the Settlement Agreement are **APPROVED** as fair, reasonable, appropriate, and in accordance with the law, and the parties are **ORDERED** to carry out the terms of the settlement agreement promptly and in good faith.

**DATED: September 11, 2017**         /s/ RUDY LOZANO, Judge
                                      **United States District Court**